UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 11-7456 CAS (Ex) | Date | May 10, 2012 |
|---|---|---|---|
| Title | ARUSYAK ADZHYAN v. WELLS FARGO BANK, N.A.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers:) DISMISSING CASE WITH PREJUDICE

**I.   INTRODUCTION**

On April 3, 2012, the Court granted defendants' motion to dismiss plaintiff's complaint in the above captioned case without prejudice.  The Court granted plaintiff twenty (20) days leave to amend, and stated that failure to do so could result in dismissal of the case with prejudice..  As of the date of this order, plaintiff has not filed and served an amended complaint.  Accordingly, the case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |