NOTE: CHANGES MADE BY THE COURT

Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUSYAK ADZHYAN,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NA SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, NA F/K/A WACHOVIA MORTGAGE FSB F/K/A WORLD SAVINGS BANK, FSB; NDEX WEST LLC; *in rem* 18327 Ingomar Street, Reseda, CA 91335 And Does 1 through 20 Inclusive,<br><br>    Defendants. | CASE NO.: 2:11-cv-07456-CAS-E<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>[*Assigned to the Hon. Christina A. Snyder*] |

On May 10, 2012, this Court entered an Order granting the motion of defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), to dismiss plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In accordance with that Order:

/ / /

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This action is dismissed with prejudice.
2. Plaintiff Arusyak Adzhyan will take nothing from defendant Wells Fargo in this action; and
3. Each side shall bear its attorneys' fees and costs.

Dated: May 21, 2012

*Christina A. Snyder*

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE**

on the interested parties in said case as follows:

*Served Via the Court's CM/ECF System*

| *Attorneys for Plaintiff* | *Attorneys for NDeX West LLC* |
|---|---|
| Douglas E. Klein, Esq.<br>Law Offices of Douglas E. Klein<br>3219 Overland Avenue, Suite 8189<br>Los Angeles, CA 90034<br>Email: dek36@hotmail.com<br>Tel: 310-836-0678;Fax: 310-838-2695 | Edward A. Treder<br>Lindsay Kristine King<br>Barrett Daffin Frappier Treder<br>& Weiss LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765<br>Email: edwardt@bdfgroup.com<br>Email: Lindking@BDFGroup.com<br>Tel: 626-371-7006; Fax: 626-915-0289 |

*Served by Means Other Than the Court's CM/ECF System*

*Plaintiff*

Arusyak Adzhyan
730 S. Central, #206
Glendale, CA 91204

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **May 17, 2012**.

| Christine Daniel | */s/ Christine Daniel* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |